■ In the Matter of ROBERT J. SCAHILL, an Attorney, Resignor. [942 NYS2d 820]—Voluntary resignation accepted and

name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ. (Filed Apr. 10, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL MCNEAR, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BALKMAN, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.